# Exhibit B

**From:** Maren McGlashan <marenmcglashan@gmail.com>
**Date:** Tuesday, June 8, 2021 at 10:06 AM
**To:** Maren McGlashan <maren.mcglashan@lastweektonight.com>
**Subject:** Fwd: Expedited FOIA request: COW2020000130


---------- Forwarded message ---------
From: **Maren McGlashan** <marenmcglashan@gmail.com>
Date: Wed, Jun 2, 2021 at 1:45 PM
Subject: Re: Expedited FOIA request: COW2020000130
To: NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov>


Hi,

The completion date is over a year old -- can I have an updated one?

Best,
Maren

On Wed, Jun 2, 2021 at 12:08 PM NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov> wrote:

> Good morning,
>
>
> Thank you for your email. Here is a link to check your status online. You may check the status of your FOIA request at:
> https://first.uscis.gov/#/check-status

1

By checking your status online, this frees up our staff to process pending requests. We are currently experiencing a high volume of incoming requests. To ensure fairness for all FOIA requesters, FOIA operates on a first in, first out basis.

Your request is currently 885 of 1512 pending requests. The estimated completion date is only an estimate. It depends on the complexity of the case and the complexity of the cases in line. The number in line is the best estimate of when your case will be completed.

Thank you.

---

**From:** Maren McGlashan <marenmcglashan@gmail.com>
**Sent:** Wednesday, June 2, 2021 10:30 AM
**To:** NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov>
**Subject:** Re: Expedited FOIA request: COW2020000130

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Hi - could I have an updated estimated completion date for my FOIA request? The status shown online has already passed.

Thanks,

Maren

On Mon, Nov 23, 2020 at 2:10 PM NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov> wrote:

> Good morning,
>
> Thank you for your email. Here is a link to check your status online. You may check the status of your FOIA request at: https://first.uscis.gov/#/check-status

By checking your status online, this frees up our staff to process pending requests. We are currently experiencing a high volume of incoming requests. To ensure fairness for all FOIA requesters, FOIA operates on a first in, first out basis.

Your request is currently <u>1039 of 1480 pending requests</u>. The estimated completion date is only an estimate. It depends on the complexity of the case and the complexity of the cases in line. The number in line is the best estimate of when your case will be completed.

Regarding expedited processing, if you have new facts or arguments since you last applied, you may submit a new written request for expedited processing and it will be evaluated.

Thank you.

**From:** Maren McGlashan <marenmcglashan@gmail.com>
**Sent:** Monday, November 23, 2020 8:46 AM
**To:** NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov>
**Subject:** Re: Expedited FOIA request: COW2020000130

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Thank you!

Am I allowed to apply for expedited processing again? Also, is there an updated timeline of when I can expect this request to be fulfilled?

Thank you so much!

Maren

3

On Tue, Nov 17, 2020 at 12:44 PM NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov> wrote:

Good morning,

Thank you for your email. Here is a link to check your status online. You may check the status of your FOIA request at: https://first.uscis.gov/#/check-status

By checking your status online, this frees up our staff to process pending requests. We are currently experiencing a high volume of incoming requests. To ensure fairness for all FOIA requesters, FOIA operates on a first in, first out basis.

Your request is currently <u>1039 of 1473 pending requests</u>. The estimated completion date is only an estimate. It depends on the complexity of the case and the complexity of the cases in line. The number in line is the best estimate of when your case will be completed.

Thank you.

**From:** Maren McGlashan <marenmcglashan@gmail.com>
**Sent:** Tuesday, November 17, 2020 11:28 AM
**To:** NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov>
**Subject:** Re: Expedited FOIA request: COW2020000130

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Hi,

Can I please check on the status of this request? I had an estimated completion date of 5/2020, and it looks like the progress is stalled. Could I have an approximation of when this request will be fulfilled?

4

My best,

Maren

On Mon, Sep 14, 2020 at 10:51 AM NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov> wrote:

Good morning,

This expedited request was previously received on February 4, 2020. The attached letter is a copy of what was sent to your account regarding this expedited request. The letter contains instructions for providing further showing to illustrate the need for expedited processing.

Thank you.

**From:** Maren McGlashan <marenmcglashan@gmail.com>
**Sent:** Monday, September 14, 2020 7:43 AM
**To:** NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov>
**Subject:** Re: Expedited FOIA request: COW2020000130

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Hi there,

I am writing to ask that my FOIA request be expedited (control Number: COW2020000130) under § 1515.7 Expedited processing, 2: "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

At the time of writing, I am a member of the media. My request is for more information on settlement negotiations USCIS/DHS engaged in with country singer Lee Greenwood over potential copyright infringement with the use of "God Bless the USA," Mr. Greenwood's song, at U.S. naturalization ceremonies. A DHS commissioned report from 2019 makes the case as to why this information is of public interest:

5

*https://www.rand.org/content/dam/rand/pubs/research_reports/RR3000/RR3039/RAND_RR3039.pdf*

*Challenge For many years, USCIS played a video at naturalization ceremonies across the country.8 Part of the soundtrack of the video included the song "God Bless the USA" by Lee Greenwood. Once, Greenwood was performing at a location where a naturalization ceremony had also occurred. One of Greenwood's staff noticed that USCIS was using Greenwood's copyrighted material and discovered later that USCIS had not obtained usage rights. The agency had to engage in settlement negotiations based on its many years of copyright infringement. This infringement was unintentional. When the video was first created, no IP attorney or qualified individual reviewed it. Furthermore, it remains unclear whether USCIS retained anyone with IP expertise assigned to the agency when the video was created.* ***The inability to properly review public materials, such as videos, or other information that USCIS might distribute to immigrants and immigration stakeholders affects at least two types of risk: reputational and financial and litigation. Copyright infringement of the type involving Greenwood's IP and for such a lengthy period of time is embarrassing and can be damaging for the agency's public image. The fact that one of DHS's key missions, through ICE, is to investigate and prosecute the theft of IP only exacerbates these adverse impacts (see ICE, 2018b). Additionally, copyright infringement brings the effects 8 USCIS naturalizes approximately nearly 2,000 people daily. See USCIS, 2018b. 54 The Role of Intellectual Property in U.S. Homeland Security of financial risks through settlement actions, enforcement actions, and the costly litigation that can be brought against an agency in violation.***

If I may reiterate, government resources -- taxpayer dollars and government lawyers -- seem to have been used in these settlement negotiations, which inherently makes these negotiations of public interest. There is also a necessity to understand the full context here: whether or not this was an oversight on the part of a federal agency. The current lack of transparency, exacerbated by a dearth in reporting, adds to the urgency of understanding the situation further.

Thank you kindly!

My best,

Maren McGlashan

COW2020000130

On Fri, Aug 28, 2020 at 5:09 PM NRC, FOIASIG <FOIASIG.NRC@uscis.dhs.gov> wrote:

> **Good afternoon,**
>
> If you wish to request expedited processing, please follow the instructions in the attached FOIA request guide.

Regarding your case status, here is a link to check your status online. You may check the status of your FOIA request at: https://first.uscis.gov/#/check-status

By checking your status online, this frees up our staff to process pending requests. We are currently experiencing a high volume of incoming requests. FOIA operates on a first in, first out basis.

Your request is currently <u>1142 of 1479 pending requests</u>.

Thank you.

---

**From:** Maren McGlashan <marenmcglashan@gmail.com>
**Sent:** Thursday, August 27, 2020 9:31 PM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Subject:** Expedited FOIA request: COW2020000130

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Hi there,

I filed a FOIA request back in January, and I'm a few months past the expected completion date. I wanted to check the status, and see if I could have the process expedited. The case number is COW2020000130.

Thanks!

Maren