Exhibit C



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

COW2020000130

February 12, 2020

Maren McGlashan
Maren McGlashan/Last Week Tonight
555 W 57th St
8th Fl
New York, NY 10019

Dear Maren McGlashan:

We received your request for information relating to Lee Greenwood's lawsuit with USCIS.

You specifically requested:

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following documents:   Any documents concerning settlement negotiations between the musician Lee Greenwood and USCIS (or a related agency, perhaps DHS or DOJ) over USCIS's alleged copyright infringement of Greenwood's song "God Bless the USA."   For more context: according to a report commissioned by the Department of Homeland Security and published in 2019, Lee Greenwood (or someone representing Mr. Greenwood) discovered USCIS's unauthorized use of Mr. Greenwood's song "God Bless the USA" at naturalization ceremonies. Greenwood's team subsequently barred the song from being played at naturalization ceremonies, and then entered into "costly" settlement negotiations. The report suggests that USCIS was represented by the DOJ in these negotiations. Please refer to the attached PDF, The Role of Intellectual Property in U.S. Homeland Security, pages 71 and 89: https://www.rand.org/content/dam/rand/pubs/research_reports/RR3000/RR3039/RAND_RR3039.pdf  I am also requesting a copy of the the current Naturalization Ceremony Presentation (as of January 2020), including, but not limited to: any audiovisual materials dispersed to USCIS field offices, such as powerpoints, pre-approved music videos, or scripts for presenters. This presentation is discussed in more detail here: https://www.uscis.gov/policy-manual/volume-12-part-j-chapter-5#footnotelink-11.

This office received your request on January 24, 2020.

We may need to contact you at a later date regarding the nature of your request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2020000130.  Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other

COW2020000130
Page 2

component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

This office now offers an online delivery option. If you would like to receive the requested records online, you will need to register this request at first.uscis.gov. If you do not already have a MyUSCIS account you will be prompted to create one. Once logged on, click the "Register Request" link where you will be asked to enter your control number COW2020000130 and the following six digit PIN: 698850. If you do not wish to take advantage of this option, we will be providing your records on a Compact Disc (CD) for use on your personal computer. To request your responsive records on paper, please include your control number and write to the above address Attention: FOIA/PA Officer, or fax them to (802) 860-6908.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call The National Customer Service Center at (800) 375-5283. Please be aware that the National Records Center no longer accepts FOIA/PA related questions directly by phone.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Questions concerning this FOIA/PA request may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead or emailed to USCIS.FOIA@uscis.dhs.gov. Please include the control number listed above on all correspondence with this office. You can now submit a new FOIA request online using our new Freedom of Information Act Records SysTem (FIRST). If you wish to submit a new FOIA/PA request, please visit www.uscis.gov/FOIA for instructions and requirements.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations