**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARTIALLY IMPORTANT PRODUCTIONS, LLC<br>555 West 57th Street, 8th Floor<br>New York, NY 10019<br><br>     Plaintiff,<br><br>    - v. -<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br>c/o Office of the General Counsel<br>245 Murray Lane, SW Mail Stop 0485<br>Washington, D.C. 20528-0485<br><br>     Defendant. | Case No. 21-cv-02169<br>_____<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1** |

  Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Partially Important Productions LLC states that its parent company is Avalon Television Inc., and that it is not a publicly held company and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    August 16, 2021

              Respectfully submitted,

              By: /s/ Nimra H. Azmi
              Nimra H. Azmi (D.C. Bar No. 1614977)
              1251 Avenue of the Americas, 21st Floor
              New York, NY  10020-1104
              (212) 402-4072
              NimraAzmi@dwt.com

              *Attorney for Plaintiff Partially Important Productions, LLC*