UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PARTIALLY IMPORTANT PRODUCTIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| - v. - | ) ) ) | Civil Action No. 21-02169 (TSC) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff, Partially Important Productions, LLC, ("Plaintiff") and Defendant United States Citizenship and Immigration Services ("USCIS" or "Defendant"), by and through their attorneys, hereby respectfully submit this joint status report pursuant to the Court's November 8, 2021 Minute Order.

1. Plaintiff, through its counsel, submitted a Freedom of Information Act ("FOIA") request to USCIS on January 24, 2020, Request No. COW2020000130, which was attached as Exhibit A to the Complaint filed in the above-captioned action (ECF No. 1-1). The Request sought the following:

   a. Any documents concerning settlement negotiations between the musician Lee Greenwood and USCIS (or a related agency, perhaps DHS or DOJ) over USCIS's alleged copyright infringement of Greenwood's song "God Bless the USA."

   b. Copies of the current Naturalization Ceremony Presentation (as of January 2020), including, but not limited to: any audiovisual materials dispersed to USCIS field offices, such as PowerPoints, pre-approved music videos, or scripts for presenters.

2. On February 12, 2020, USCIS sent Plaintiff's counsel a letter acknowledging receipt of the January 24, 2020 FOIA request.

3. On August 13, 2021, Plaintiff filed its Complaint in the District of Columbia. ECF No. 1. The Complaint alleges that USCIS failed to provide records responsive to Plaintiff's FOIA request within the statutory timeframe as required by statute and regulation.

4. On September 22, 2021, Defendant filed its Answer to the Complaint. ECF No. 6.

5. On September 23, 2021, the Court issued a Minute Order ordering that the Parties shall confer and file a Joint Status Report to propose a schedule for proceeding in this matter on or before November 5, 2021. The Joint Status Report shall address: (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for an *Open America*[1] stay is likely in this case; (5) whether a *Vaughn* index will be required in this case; and (6) whether and when either party anticipates filing a dispositive motion, and any other pertinent issues.

6. On November 2, 2021, USCIS made its release to Plaintiff.

7. On November 5, 2021, Defendant respectfully reported the following:

   a. With respect to the status of Plaintiff's FOIA request, Defendant produced all records responsive to the FOIA request at issue on November 2, 2021.

   b. With respect to the anticipated number of documents responsive to Plaintiff's FOIA request, USCIS has identified 76 pages and 2 PowerPoint presentations that are responsive to Plaintiff's FOIA request.

---

[1] *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976)

2

c.     With respect to the anticipated date for release of the documents requested by Plaintiff, USCIS released all records responsive to Plaintiff's FOIA request on November 2, 2021.

d.     Defendant does not expect to file a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

e.     With respect to whether a *Vaughn* index will be required in this case, Plaintiff is reviewing Defendant's production and has not yet determined whether it will request a *Vaughn* index.

f.     With respect to whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule, USCIS stated its belief that it would be premature to determine whether summary judgment briefing would be necessary and hopes that Plaintiff's claims can be resolved without dispositive briefing.

8.     On November 8, 2021, the Court issued a Minute Order ordering the parties to file another joint report by December 15, 2021 and every 30 days thereafter. To the extent the report contains a proposal to change the status quo, a proposed order shall accompany the report.

9.     On December 15, 2021, the Parties reported that Plaintiff concluded its review of Defendant's release and, on December 3, 2021, Plaintiff sent Defendant a list of questions about the production, which would allow it to determine the production's completeness and whether further summary judgment briefing will be necessary. Defendant reported that it had been compiling its response and would provide a written response to Plaintiff on or before December 30, 2021.

10.    On January 14, 2022, Plaintiff respectfully reported the following:

      a.      Plaintiff has reviewed the production that it received from Defendant on November 2, 2021. On December 3, 2021, Plaintiff submitted a set of questions to Defendant regarding the completeness and adequacy of Defendant's production. Plaintiff received responses from USCIS to those questions on January 4, 2022.

      11.      On February 17, 2022, the Parties respectfully reported that, on January 20, 2022, Plaintiff submitted additional questions and comments to Defendant regarding the production and that, on February 16, 2022, Defendant provided responses and emailed a courtesy copy of a supplemental release made February 14, 2022.

      12.      Plaintiff conveyed an additional question on April 12, 2022 regarding Defendant's search. Defendant provided its response on April 20, 2022 and the parties have since exchanged additional correspondence. On May 5, 2022, Plaintiff sent to Defendant a list of email addresses and associated inboxes to search for records of the initial outreach by Lee Greenwood and/or his team to USCIS regarding USCIS' alleged improper use of "God Bless the USA." No such correspondence was provided in Defendant's production and Plaintiff asserts that these records were contemplated as part of Part A of the Request. The list of email addresses Plaintiff provided was not intended by Plaintiff to be exclusive as USCIS is in a better position to know where this initial correspondence between Lee Greenwood and USCIS may have been directed. Defendant is currently considering Plaintiff's request to conduct additional searches.

      13.      On June 1, 2022, the Parties met and conferred via teleconference regarding Plaintiff's request for additional searches. On June 9, 2022, by email, Defendant provided an overview of its searches to date and posed additional questions regarding possible additional searches.

14. On September 15, 2022, Plaintiff informed Defendant that they intended to proceed to summary judgment.

15. On October 5, 2022, counsel for the Parties met and conferred and determined that they might be able to narrow the scope of issues for impending summary judgment briefing. Plaintiff's counsel has transmitted a list of issues for Defendants to consider. Undersigned counsel for the Defendant has reviewed the issues raised by Plaintiff with agency counsel and has had additional conversations with agency counsel. Defendant has contacted a third party with interest in the records withheld under Exemption 4 and hopes to receive a response from them before the end of the month. As a result, Defendant continues to analyze its withholdings and determine whether to reconsider any of the withholdings challenged by Plaintiff. As a result, Defendant requires additional time to prepare its response.

16. The Parties will submit a joint status report in 30 days to update the Court on the status of this matter.

Dated:  February 16, 2023                               Respectfully submitted,


<div style="margin-left:auto;">

By: /s/ *Nimra H. Azmi*
Nimra H. Azmi (D.C. Bar No. 1614977)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 402-4072
NimraAzmi@dwt.com

*Attorney for Plaintiff Partially Important Productions, LLC*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sian Jones*
SIAN JONES
DC Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
Email: Sian.Jones@usdoj.gov

*Counsel for the United States Citizen and Immigration Services*

</div>