UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTIALLY IMPORTANT PRODUCITONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      Defendant. | Civil Action No. 21-2169 (TSC) |

## JOINT STATUS REPORT

Plaintiff Partially Important Productions, LLC, ("Plaintiff") and Defendant United States Citizenship and Immigration Services ("USCIS" or "Defendant"), by and through their attorneys, hereby respectfully submit this joint status report pursuant to the Court's Minute Order of January 16, 2024.

1. In the joint status report filed on September 6, 2023 (ECF No. 30), the parties reported they have resolved all issues, except for fees and costs. Plaintiff conveyed a settlement demand to resolve this FOIA matter on July 26, 2023.

2. In previous joint status reports, Defendant reported that it wished to resolve *Partially Important Prods. LLC v. Department of Justice*, Civ. A. No. 23-2145 (TSC) ("*Partially Important Prods. II*") at the same time as the above-captioned matter and that it would be appropriate to consolidate *Partially Important Prods. II* with the above-captioned matter. *See* ECF Nos. 32, 33.

3. By Minute Order on January 16, 2024, the Court ordered the parties to file a joint status report by February 16, 2024, indicating whether either party intends to file a Motion to Consolidate and if so, attaching a proposed briefing schedule for the consolidation motions.

4. Today, Defendant reports that it will not move to consolidate the cases. Undersigned counsel for the Defense recently returned from maternity leave and, upon further review of the facts and circumstances surrounding *Partially Important Prods. II*, Defendant has decided to proceed with settlement negotiations in the above-captioned matter without seeking consolidation. Among other things, undersigned counsel for Defendant understands that there are defendants other than USCIS in *Partially Important Prods. II* that are processing records and that counsel for Plaintiff in *Partially Important Prods. II* has represented to Defense counsel in *Partially Important Prods. II* that Plaintiff is not seeking the records produced by USCIS or otherwise covered by the stipulation in the above-captioned matter.

5. The Parties intend to continue discussions and submit their next joint status report in 30 days, on March 18, 2024. A proposed order is attached.

\*   \*   \*

Dated: February 16, 2024

Respectfully submitted,

By: /s/ *Nimra H. Azmi*
Nimra H. Azmi (D.C. Bar No. 1614977)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 402-4072
NimraAzmi@dwt.com

*Attorney for Plaintiff Partially Important Productions, LLC*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sian Jones*
SIAN JONES, DC Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
Email: Sian.Jones@usdoj.gov

*Counsel for the United States Citizen and Immigration Services*